**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

United States of America,

          Plaintiff,

    v.                                Civil Action No.: 1:25-cv-1128 (FJS/PJE)

Scott Solomon,

          Defendant,

## ORDER

For good cause, the Motion of the United States to dismiss is GRANTED.

The Writ of Execution issued against Scott Solomon (Dkt. No. 5) is dismissed, without prejudice.

DATED:   March 31, 2026

                             Frederick J. Scullin, Jr.
                             Senior United States District Judge